**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDDRINIA ROBINSON and GISELLE PERRY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   No.: 08 CV 2326 |
| CURRIE MOTORS OF FOREST PARK, | ) ) ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant, CURRIE MOTORS OF FOREST PARK, by and through its attorneys, SANCHEZ DANIELS & HOFFMAN LLP, and moves this Court for an extension of twenty-eight (28) days within which to answer or otherwise plead to Plaintiffs' Complaint.

WHEREFORE, said Defendant prays for relief accordingly.

Respectfully submitted,

**SANCHEZ DANIELS & HOFFMAN LLP**

By: s/ Michelle A. Franz
Attorneys for Defendant
*CURRIE MOTORS OF FOREST PARK*

Michelle A. Franz (ARDC #6279409)
**SANCHEZ DANIELS & HOFFMAN LLP**
333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312) 641-1555

F:\DATA\HISTORY\CR\86338\Motion\Motion for Extension of Time to Answer 05-21-08.doc