# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| EDDRINIA ROBINSON and<br>GISELLE PERRY, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | No.: 08 CV 2326 |
| CURRIE MOTORS OF FOREST PARK, | )<br>) | Honorable Judge Charles R. Norgle<br>Magistrate Judge Maria G. Valdez |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Larry P. Smith
      Larry P. Smith & Associates, Ltd.
      205 North Michigan Avenue
      40th Floor
      Chicago, Illinois 60601

On **May 30, 2008**, at **10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Charles R. Norgle**, or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 2341** at the U.S.D.C. for the Northern District of Illinois, Eastern Division, Chicago, Illinois and shall then and there present **Defendant's Motion for Extension of Time to Answer or Otherwise Plead.**

Michelle A. Franz (ARDC #6279409)
**SANCHEZ DANIELS & HOFFMAN LLP**
Attorneys for Defendant
333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312) 641-1555

## PROOF OF SERVICE

I hereby certify that on May 21, 2008, I electronically filed Defendant's Motion for Extension of Time to Answer or Otherwise Plead using the ECF System to the following:

                                                                                    s/April D. Burrell (Secretary)