# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Eddrinia Robinson, et al.

                      Plaintiff,

v.                                              Case No.: 1:08−cv−02326

                                              Honorable Charles R. Norgle Sr.

Currie Motors of Forest Park

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion for extension of time [7] is granted. Defendant is given 28 additional days within which to answer or otherwise plead. Parties shall comply with F.R.C.P. 26.. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.