**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EDDRINIA ROBINSON and GISELLE PERRY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08-CV-2326 |
| vs. | ) ) | Judge Norgle |
| CURRIE MOTORS OF FOREST PARK, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

It is hereby stipulated and agreed by and between the parties, that said action against CURRIE MOTORS OF FOREST PARK, be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

DATED THIS __23th__ day of July, 2008.


__/s Larry P. Smith_____
Larry P. Smith,
Larry P. Smith & Associates, Ltd.
For Plaintiffs


__/s Michelle Ann Franz_____
Michelle Ann Franz
Sanchez & Daniels
For Defendant


Name:         LARRY P. SMITH & ASSOCIATES, LTD.
Attorney for: Plaintiff
Address:      205 N. Michigan Ave., 40th floor
City:         Chicago, Illinois 60601
Telephone:    (312) 222-9028
E-mail:       lsmith@lpsmithlaw.com