**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EDDRINIA ROBINSON and | ) | |
| GISELLE PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 08-CV-2326 |
| vs. | ) | |
| | ) | Judge Norgle |
| CURRIE MOTORS OF FOREST PARK, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

Ms. Michelle Ann Franz
Sanchez & Daniels
333 West Wacker Drive,Suite 500
Chicago, IL 60606
Email: mfranz@sanchezdh.com

PLEASE TAKE NOTICE THAT On July 24, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Stipulation of Dismissal,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| **Name:** | Larry P. Smith & Associates, Ltd. |
| **Attorney for:** | Plaintiff |
| **Address:** | 205 N. Michigan Ave, Suite 4000 |
| **City:** | Chicago, Illinois 60601 |
| **Telephone:** | (312) 222-9028 |

**PROOF OF SERVICE BY MAIL**

I, the undersigned, an attorney, certify that I served this notice by e-mailing a copy to the above named parties from 205 N. Michigan Avenue, Chicago, Illinois, at or before 5:00 p.m. on July 24, 2008.

By: ___*/s Larry P. Smith*_____
Attorney for Plaintiff