# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Eddrinia Robinson, et al.
                                 Plaintiff,

v.                                             Case No.: 1:08−cv−02326
                                                     Honorable Charles R. Norgle Sr.

Currie Motors of Forest Park
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Case dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.